IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARYANN LOUGHRY, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>v.<br><br>PETCO ANIMAL SUPPLIES STORES, INC.,<br><br>　　　　Defendant. | Case No. 2:22-cv-04706-KBH<br>Judge Kelley Brisbon Hodge |

**DEFENDANT PETCO ANIMAL SUPPLIES STORES, INC.'S STATUS REPORT**

Defendant Petco Animal Supplies Stores, Inc. ("Petco") respectfully submits this monthly status report pursuant to the Court's Order of June 2, 2023 (ECF 19).

On June 2, 2023, this Court granted the parties' Stipulation (ECF No. 18) and stayed this Action pending resolution of binding arbitration proceedings. *See* Order of June 2, 2023 (ECF No. 19). The Court's Order required Plaintiff to submit her claims against Defendant to binding arbitration within 30 days of the date of the order (*i.e.*, by July 2, 2023). The Order further required Counsel for Defendant to submit a status report by the first day of each month (beginning on July 1, 2023) "to report on the status of the arbitration proceedings, including but not limited to the filing of a claim, the date scheduled for arbitration, and the outcome of any completed arbitration." *Id.* at 1. Because they both fall on the weekend, both deadlines are set by civil rule as falling on July 3, 2023.

To the best of Defendant's knowledge, Plaintiff has not yet filed a claim or otherwise commenced an arbitration proceeding.

1

| | |
|---|---|
| Dated: July 3, 2023 | Respectfully submitted, |
| | /s/ Edward J. McAndrew |
| Dante A. Marinucci (*pro hac vice* pending) | Edward J. McAndrew (PA Bar No. 77103) |
| **BAKER & HOSTETLER LLP** | **BAKER & HOSTETLER LLP** |
| 127 Public Square, Ste. 2000 | 1735 Market Street, Ste. 330 |
| Cleveland, OH 44114 | Philadelphia, PA 19103 |
| Telephone: (216) 621-0200 | Telephone: (215) 564-8386 |
| Facsimile: (216) 696-0740 | Facsimile: (215) 568-3439 |
| dmarinucci@bakerlaw.com | emcandrew@bakerlaw.com |
| | |
| | Paul G. Karlsgodt (*pro hac vice* pending) |
| | **BAKER & HOSTETLER LLP** |
| | 1801 California Street, Ste. 4400 |
| | Denver, CO 80202 |
| | Telephone: (303) 861-0600 |
| | Facsimile: (303) 861-7805 |
| | pkarlsgodt@bakerlaw.com |
| | |
| | *Counsel for Petco Animal Supplies Stores, Inc.* |

## CERTIFICATE OF SERVICE

It is hereby certified that, on July 3, 2023, the foregoing was electronically filed with the Clerk of the Court using the ECF system, which will provide notice electronically to all counsel of record.

*/s/ Edward J. McAndrew*
*Counsel for Petco Animal Supplies Stores, Inc.*
