## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARYANN LOUGHRY, individually, and on behalf of all other similarly situated consumers,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br><br>PETCO ANIMAL SUPPLIES STORES, INC.<br><br>　　　　　Defendant. | Case No.: 2:22-cv-4706 |

### PLAINTIFF'S MOTION TO VACATE OR ALTER THE JUDGMENT

**COMES NOW** Plaintiff, Maryann Loughry ("Plaintiff"), files this Motion to Vacate or Alter the Judgment of the Court dated August 30, 2023 [ECF 23], pursuant to Fed. R. Civ. P. 59 and 60. For the reasons put forth in the attached Memorandum of Law, Plaintiff will show that a dismissal with prejudice is inappropriate.

WHEREFORE, Plaintiff respectfully requests that the Court grant Plaintiff's motion and either return the case to a stay, or alter the dismissal to one without prejudice.

Dated: September 18, 2023

　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　/S/ Daniel Zemel
　　　　　　　　　　　　　　　　　　　　Daniel Zemel, Esq.
　　　　　　　　　　　　　　　　　　　　**Zemel Law LLC**
　　　　　　　　　　　　　　　　　　　　660 Broadway
　　　　　　　　　　　　　　　　　　　　Paterson, New Jersey 07514
　　　　　　　　　　　　　　　　　　　　(P) (862) 227-3106
　　　　　　　　　　　　　　　　　　　　DZ@zemellawllc.com
　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of September, 2023 a true and correct copy of the foregoing document was sent to all counsel of record via the Court's ECF system.

/S/ Daniel Zemel
Daniel Zemel, Esq.