IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MARYANN LOUGHRY, Individually and on behalf of all other similarly situated consumers,**<br>　　　　　Plaintiff,<br><br>　　v.<br><br>**PETCO ANIMAL SUPPLIES INC.,**<br>　　　　　Defendant. | CIVIL ACTION<br><br><br><br><br>NO.  22-4706 |

# O R D E R

**AND NOW**, this 21st day of September, 2023, upon consideration of Plaintiff's Motion to Vacate or Alter the Judgment (ECF No. 24), **IT IS ORDERED** that Defendant Petco Animal Supplies Stores, Inc. shall respond to Plaintiff's Motion by **Monday, October 2, 2023**.

　　　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　　　**/s/ Hon. Kelley B. Hodge**
　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　**HODGE, KELLEY B., J.**